**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANTIONETTE WOODARD, individually and on behalf of all others similarly situated,<br>Plaintiff,<br>vs.<br>Health Insurance Alliance, LLC<br>Defendant. | Case No. 1:23-cv-02630 |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this March 12, 2025.

                                            */s/ Andrew Roman Perrong*
                                            Andrew Roman Perrong, Esq.
                                            N.D. Ill. Gen Bar # 333687
                                            Perrong Law LLC
                                            2657 Mount Carmel Avenue
                                            Glenside, Pennsylvania 19038
                                            Phone: 215-225-5529 (CALL-LAW)
                                            Facsimile: 888-329-0305
                                            a@perronglaw.com

**Certificate of Service**

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system on March 12, 2025.

                                            */s/ Andrew Roman Perrong*
                                            Andrew Roman Perrong, Esq.