# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTIONETTE WOODARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Health Insurance Alliance, LLC<br><br>Defendant. | Case No. 1:23-cv-02630 |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO STRIKE ANSWER TO COUNTERCLAIM

The Plaintiff, with the consent of the Defendant, requests a 14-day extension of time to April 28, 2025 to respond to the Defendant's motion to strike the Plaintiff's Answer to their counterclaim. The Plaintiff requires this extra time to address the legal arguments and factual underpinnings therein.

PLAINTIFF,
By his attorneys,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com