# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Antionette Woodard

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−02630

                                                                Honorable Elaine E. Bucklo

Health Insurance Alliance, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: The Court adopts the report of parties planning meeting. Parties to comply with FRCP 26(a)(1) by 4/4/2025. Parties are given to and including 5/23/2025 to amend all pleadings and to add any additional parties. Fact discovery ordered closed by 3/15/2026. Class Certification filing deadline: 1/15/2026. Status hearing set for 6/9/2025 at 9:45 a.m. (to track the case only, no appearance is required). Parties to submit an revised/updated joint Rule 26(f) report by 6/2/2025. The court will enter a scheduling order in response to the status report. Plaintiff's unopposed motion for extension of time to respond to motion to strike answer to counterclaim [52] is granted. The Court sets the following briefing schedule on Defendant/Counter−Plaintiff motion to strike Antionette Woodard's affirmative defenses [49], and motion to bifurcate discovery [51] as follows: Responses due by 4/14/2025. Ruling set for 4/25/2025. The Court will issue a ruling by mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.