# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Antionette Woodard

                        Plaintiff,

v.                                                Case No.: 1:23−cv−02630

                                                        Honorable Elaine E. Bucklo

Health Insurance Alliance, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion to strike affirmative defenses is granted. The defenses are either not affirmative defenses or are insufficiently pleaded. Defendant's motion to bifurcate discovery is denied. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.