UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ANTIONETTE WOODARD,

    Plaintiff,

v.        Case No.: 1:23-cv-02630

HEALTH INSURANCE ALLIANCE, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2), Defendant Health Insurance Alliance, and Plaintiff Antionette Woodard, hereby stipulate, by and through their respective undersigned counsel, to the dismissal with prejudice of this civil action in its entirety, including all claims and counterclaims, each party to bear her or its own attorneys' fees and costs.

| | |
|---|---|
| Dated: May 15, 2025 | Respectfully submitted, |
| **MAMONE VILLALON** | **PARONICH LAW, P.C.** |
| *Counsel for Defendant* | *Counsel for Plaintiff* |
| 100 SE 2nd St., Suite 4030 | Anthony I. Paronich |
| Miami, Florida, 33131 | Paronich Law, P.C. |
| Tel: (786) 495-8180 | 350 Lincoln Street, Suite 2400 |
| Email: tyler@mvlawpllc.com | Hingham, MA 02043 |
| | (508) 221-1510 |
| By: /s/ *Tyler A. Mamone* | anthony@paronichlaw.com |
| Tyler A. Mamone, Esq. | |
| Florida Bar No.: 111632 | By: /s/ *Anthony I. Paronich* |
| | Anthony I. Paronich, Esq. |
| Donald J. Morrison, Esq. | Andrew Roman Perrong, Esq. |
| ARDC# 6225680 | N.D. Ill. Gen Bar # 333687 |
| KELLEHER + HOLLAND, LLC | Perrong Law LLC |
| 32 N. West Street | 2657 Mount Carmel Avenue |
| Waukegan, IL 60085 | Glenside, Pennsylvania 19038 |

Tel: (847) 244-2660  
Email: dmorrison@kelleherholland.com

Phone: 215-225-5529 (CALL-LAW)  
Facsimile: 888-329-0305  
a@perronglaw.com

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by U.S. Mail and/or e-mail at the addresses listed in the Court's electronic filing portal, as applicable, on this 15th day of May 2025 to all applicable parties at the email addresses included in the e-service list.

                                                  By: /s/ *Tyler A. Mamone*
                                                         Tyler A. Mamone, Esq.